131 A.3d 985

Gregory ROBINSON, Appellant

v.

Superintendant HUNTINGDON and Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

Feb. 16, 2016.

Gregory Robinson, Huntingdon, pro se.

Theron Richard Perez, Maria Gerarda Macus, Pennsylvania Department of Corrections, Mechanicsburg, for Superintendant Huntingdon and Department of Corrections.

## ORDER

PER CURIAM.

AND NOW, this 16th day of February 2016, the Order of the Commonwealth Court is AFFIRMED.

Justice EAKIN did not participate in the consideration or decision of this case.